UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BELVEDERE DEVELOPERS LLC | : | BK No. 05-15710 |
| Debtor | : | Chapter 11 |

**NOTICE OF APPEAL**

Center Development Corporation ( "Center") appeals under 28 U.S.C. § 158(a) or (b) from the Order (Dkt. # 125) entered by the Honorable Arthur N. Votolato, United States Bankruptcy Court Judge for the District of Rhode Island, on or about March 17, 2006 (the "Stay Relief Order", a copy of which is attached hereto as Exhibit A).

The names of all parties to Stay Relief Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEY |
|---|---|
| Debtor | Peter J. Furness, Esq., Brennan, Recupero, Cascione, Scungio & McAllister, LLP, 362 Broadway, Providence, RI 02909<br>(401) 453-2300 |
| United States Trustee | Leonard J. DePasquale, Esq., Assistant United States Trustee, Office of the United States Trustee, 10 Dorrance Street, Suite 910, Providence, RI 02903<br>(401) 528-5551 |
| Joseph M. Brito | Charles D. Blackman Esq.<br>Michael DeFanti, Esq.<br>Jennifer Doran, Esq.<br>Hinckley Allen & Snyder LLP<br>1500 Fleet Center<br>Providence, RI 02903<br>(401) 274-2000 |

Harkins Development Corp.

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 S. Main St.
Providence, RI 02903
(401) 274-0300

Center Development Corporation,
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: March 27, 2006

Within ten (10) days after service as evidenced by the certification (twenty (20) days for U.S. Governmental officers and agencies thereof), and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 528-4477. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE

I hereby certify that this 27th day of March, 2006, the following parties who are currently on the Electronic Mail Notice List for this case received a copy of the within Notice via the Electronic Mail Notice List: Peter J. Furness, Esq., Brennan, Recupero, Cascione, Scungio & McAllister, LLP, 362 Broadway, Providence, RI 02909; Edward J. Bertozzi, Jr., Esq., Edwards, Angell, Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903; and Leonard J. DePasquale, Esq., Assistant United States Trustee, Office of the United States Trustee, 10 Dorrance Street, Suite 910, Providence, RI 02903, and the following parties received a copy of the within Motion via regular mail: Fred H. Barrows, 41 Ridge Road, Bristol, RI 02809; James J. Mullen, Esq., 55 Lafayette Drive, Bristol, RI 02809; John C. Whistler, 10 Nayatt Road, Barrington, RI 02806; Asbestos Removal Contractors, Inc., c/o Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Asterio and Diana Sousa, Box 777, Bristol, RI 02809; Cayer Prescott Clune, 2 Charles Street, Providence, RI 02904; Charles J. Falugo, Inc., 520 Pleasant Street, Attleboro, MA 02730; John G. Rego, Esq., 443 Hope Street, Bristol, RI 02809; Laura Drive, 10 High Street, Bristol, RI 02809; Matthew F. Medeiros, Esq., Little, Medeiros, Kinder, 72 Pine Street, Providence, RI 02903; Prescott-Chatellier Fontaine, 2 Charles Street, Providence, RI 02904; Robert Rondeau, 2 Mulberry Road, Bristol, RI 02809; Thomas Lyons, P.O. Box 976, Bristol, RI 02809; and Town of Bristol, c/o Michael A. Ursillo, Esq. Ursillo Teitz & Ritch, 2 Williams Street, Providence, RI 02903. Matthew J. McGowan, Esq., Salter Gowan Sylvia & Leonard, Inc., 321 S. Main St., Providence, RI 02903; and Charles D. Blackman Esq. Michael DeFanti, Esq., Jennifer Doran, Esq., Hinckley Allen & Snyder LLP, 1500 Fleet Center Providence, RI 02903.

/s/ Jeffrey S. Brenner