UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-15710 [CA] #
2. Title of Bankruptcy Case Belvedere Developers, LLC
3. Appellant: Center Development Corporation

   Name & Address of Counsel for Appellant(s):

   Jeffrey S. Brenner, Nixon Peabody LLP One Citizens Plaza Suite 500, Providence RI 02903 (401) 454-1000
4. Appellee: Belvedere Developers LLC

   Name & Address of Counsel for Appellee(s):

   Peter J. Furness, Brennan, Recupero, Cascione, Scungio & McAllister, LLP, 362 Broadway, Providence RI 02909 (401) 453-2300
5. Additional Counsel: Charles Blackman, Jennifer Doran, Michael DeFanti for Joseph M. Brito. Hinckley Allen & Snyder LLP, 1500 Fleet Center Providence RI 02903 (401) 274-2000

   Matthew J. McGowan for Harkins Development Corp., Salter, McGowan Sylvia & Leonard, Inc. 321 South Main Street Providence RI 02903 (401) 274-0300

   Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 5286.

   Related Case(s) on Appeal: Yes ____ No X
7. Special Comments: