UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BELVEDERE DEVELOPERS LLC | : | BK No. 05-15710 |
| Debtor | : | Chapter 11 |

**ELECTION OF CENTER DEVELOPMENT CORPORATION TO HAVE APPEAL OF DECISION AND ORDER DENYING MOTION FOR STAY RELIEF HEARD BY THE UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND**

Center Development Corporation ( "Center") hereby elects to have its appeal under 28 U.S.C. § 158(a) or (b) from the Order (Dkt. # 125) entered by the Honorable Arthur N. Votolato, United States Bankruptcy Court Judge for the District of Rhode Island, on or about March 17, 2006 (the "Stay Relief Order") heard by the United States District Court for the District of Rhode Island.

Center Development Corporation,
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: March 27, 2006

CERTIFICATE OF SERVICE

I hereby certify that this 27th day of March, 2006, the following parties who are currently on the Electronic Mail Notice List for this case received a copy of the within Notice via the Electronic Mail Notice List: Peter J. Furness, Esq., Brennan, Recupero, Cascione, Scungio & McAllister, LLP, 362 Broadway, Providence, RI 02909; Edward J. Bertozzi, Jr., Esq., Edwards, Angell, Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903; and Leonard J. DePasquale, Esq., Assistant United States Trustee, Office of the United States Trustee, 10 Dorrance Street, Suite 910, Providence, RI 02903, and the following parties received a copy of the within Motion via regular mail: Fred H. Barrows, 41 Ridge Road, Bristol, RI 02809; James J. Mullen, Esq., 55 Lafayette Drive, Bristol, RI 02809; John C. Whistler, 10 Nayatt Road, Barrington, RI 02806; Asbestos Removal Contractors, Inc., c/o Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Asterio and Diana Sousa, Box 777, Bristol, RI 02809; Cayer Prescott Clune, 2 Charles Street, Providence, RI 02904; Charles J. Falugo, Inc., 520 Pleasant Street, Attleboro, MA 02730; John G. Rego, Esq., 443 Hope Street, Bristol, RI 02809; Laura Drive, 10 High Street, Bristol, RI 02809; Matthew F. Medeiros, Esq., Little, Medeiros, Kinder, 72 Pine Street, Providence, RI 02903; Prescott-Chatellier Fontaine, 2 Charles Street, Providence, RI 02904; Robert Rondeau, 2 Mulberry Road, Bristol, RI 02809; Thomas Lyons, P.O. Box 976, Bristol, RI 02809; and Town of Bristol, c/o Michael A. Ursillo, Esq. Ursillo Teitz & Ritch, 2 Williams Street, Providence, RI 02903. Matthew J. McGowan, Esq., Salter Gowan Sylvia & Leonard, Inc., 321 S. Main St., Providence, RI 02903; and Charles D. Blackman Esq. Michael DeFanti, Esq., Jennifer Doran, Esq., Hinckley Allen & Snyder LLP, 1500 Fleet Center Providence, RI 02903.

/s/ Jeffrey S. Brenner