UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CENTER DEVELOPMENT CORPORATION | ) | Case No.: 06-145ML |
| | ) | |
| Appellant. | ) | |
| | ) | |

ORDER REGARDING (1) CENTER DEVELOPMENT CORPORATION'S MOTION FOR LEAVE TO FILE AN APPEAL OF DECISION AND ORDER DENYING MOTION FOR STAY RELIEF, (2) OBJECTIONS THERETO BY DEBTOR AND (3) CENTER DEVELOPMENT CORPORATION'S NOTICE OF APPEAL

This matter came to be heard on April 20, 2006 upon (1) Center Development Corporation's Motion for Leave to File an Appeal of Decision and Order Denying Motion for Stay Relief, (2) Objection to Motion for Leave to File an Appeal of Decision and Order Denying Motion for Stay Relief filed thereto by Debtor, Belvedere Developers, LLC and (3) Center Development Corporation's Notice of Appeal under 28 U.S.C. § 158(a) or (b)

After hearing, it is hereby ORDERED as follows:

1. Center Development Corporation's oral request for a continuance of the April 20, 2006 hearing, to a date after May 24, 2006, on the above-referenced matters, is denied.

2. Center Development Corporation's Motion for Leave to File an Appeal of Decision and Order Denying Motion for Stay Relief is denied for reasons set forth in the hearing on April 20, 2006.

3. This Court, sua sponte, hereby dismisses Center Development's Notice of Appeal under 28 U.S.C. § 158(a) or (b).

Entered as an Order of this Court as of this 1st day of May, 2006.

Mary M. Lisi
Judge Mary M. Lisi
United States District Court
District of Rhode Island

Prepared By:

Attorneys for
BELVEDERE DEVELOPERS LLC

Peter J. Furness, Esq.
BRENNAN, RECUPERO, CASCIONE
SCUNGIO & McALLISTER, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 Phone
(401) 453-2345 Fax